IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BRIAN COVERDALE, | § | |
| | § | No. 335, 2025 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID Nos. 2003011608 & |
| STATE OF DELAWARE, | § | 2006004121 (N) |
| | § | |
| Appellee. | § | |
| | § | |

Submitted: September 8, 2025
Decided: September 30, 2025

## ORDER

On July 31, 2025, the appellant, filed this appeal from a Superior Court order, dated June 25, 2025 and docketed on June 26, 2025, denying his motion for correction of an illegal sentence  A timely notice of appeal was due by July 28, 2025.[1]  The Senior Court Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed as untimely filed.  Postal records show that the notice to show cause was delivered on August 26, 2025.  A timely response to the notice to show cause was due by September 5, 2025.[2]  The appellant has not responded to the notice to show cause.  Dismissal of this appeal is therefore deemed to be unopposed.

---

[1] Supr. Ct. R. 6(a)(iii)(B); *id.* R. 11(a).
[2] *Id.* R. 29(b).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice